```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA                    :
                                            :        ORDER
v.                                          :
                                            :        14 CR 440 (VB)
THOMAS W. LIBOUS,                           :
                         Defendant.         :
--------------------------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/3/16

    On November 24, 2015, the defendant was sentenced to two years' probation with a special condition of six months' home confinement with location monitoring. The Court has been advised by Mr. Libous's probation officer that given Mr. Libous's deteriorating health and the fact that he has fully complied with the home confinement/location monitoring condition for a period of five months, the home confinement condition is no longer necessary or appropriate. The probation officer recommends that the home confinement/location monitoring condition be removed at this time.

    The Court has solicited the government's views with respect to this recommendation, and has been advised that the government does not object.

    Accordingly, it is hereby ordered that the special condition of home confinement with location monitoring is removed, effective immediately.

Dated: May 3, 2016
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge